RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Marco Antonio Plascencia-Gomez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO PLASCENCIA-GOMEZ,<br><br>Defendant. | Case No. 2:20-mj-01022-BNW<br><br>**STIPULATION TO VACATE STATUS CONFERENCE** |

Christopher Chiou, Acting United States Attorney, and Stephanie Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Marco Antonio Plascencia-Gomez, hereby provide the Court with the following status report:

1. On November 25, 2021, Mr. Plascencia-Gomez was charged in a three-count Complaint with (1) Operating a Vessel while Under the Influence of

Alcohol, (2) Refusal to Submit to a Chemical Test, and (3) Operating a Vessel with Person Riding on Transom. ECF No. 1.

2. On March 10, 2021, Mr. Plascencia-Gomez entered into a Petty Offense Plea Agreement with the government in which he agreed to plead guilty to Count Two of the Complaint, Refusal to Submit to a Chemical Test. ECF No. 9. The government agreed to dismiss Count One, Operating a Vessel while Under the Influence of Alcohol, and Count Three, Operating a Vessel with Person Riding on Transom. *Id.*

3. The parties jointly agreed to recommend Mr. Plascencia-Gomez be sentenced to unsupervised probation for eighteen months, with the following special conditions: (i) pay a $1,000 fine and a mandatory $10 penalty assessment; (2) attend and complete the Lower Court Counseling's DUI course and Victim Impact Panel; (3) complete an 8 hour online alcohol awareness course; (4) complete an approved boating safety course; (5) not return to Lake Mead for one year; (6) not violate any local, state, or federal laws for 6 months. *Id.*

4. On March 10, 2021, this Court sentenced Mr. Plascencia-Gomez pursuant to the plea agreement. ECF No. 8.

5. This Court ordered the parties to file a Proposed Stipulation or Notice by September 10, 2021, indicating Mr. Plascencia-Gomez has substantially completed the terms and conditions of supervision. *Id.* The Court further ordered that, if he has not completed his obligations before that time, the matter will be scheduled for Status Hearing on October 7, 2021, at 1:30pm. *Id.*

6. At the October 7, 2021, status hearing, Mr. Plascencia-Gomez has complied with all conditions except completing an approved boating safety course. The Court gave Mr. Plascencia-Gomez three months to complete the boating safety course and set a status conference for January 20, 2022, at 1:30pm, to be vacated

if he completed the boating safety course and provided proof to defense counsel. ECF No. 13.

7. Mr. Plascencia-Gomez has completed the boating safety course and provided proof to defense counsel. The parties hereby stipulate to vacate the January 20, 2022, Status Hearing.

DATED: December 28, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Stephanie Ihler<br>STEPHANIE IHLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARCO ANTONIO PLASCENCIA-GOMEZ,<br><br>          Defendant. | Case No. 2:20-mj-01022-BNW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the status conference set for January 20, 2022, at 1:30pm, is hereby vacated.

    DATED: December 28, 2021.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE