RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Marco Antonio Plascencia-Gomez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-01022-BNW |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | |
| MARCO ANTONIO PLASCENCIA-GOMEZ, | |
| Defendant. | |

Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Marco Antonio Plascencia-Gomez, hereby provide the Court with the following status report:

1. On November 25, 2021, Mr. Plascencia-Gomez was charged in a three-count Complaint with (1) Operating a Vessel while Under the Influence of Alcohol, (2) Refusal to Submit to a Chemical Test, and (3) Operating a Vessel with Person Riding on Transom. ECF No. 1.

2. On March 10, 2021, Mr. Plascencia-Gomez entered into a Petty Offense Plea Agreement with the government in which he agreed to plead guilty to Count Two of the Complaint, Refusal to Submit to a Chemical Test. ECF No. 9. The government agreed to dismiss Count One, Operating a Vessel while Under the Influence of Alcohol, and Count Three, Operating a Vessel with Person Riding on Transom. *Id.*

3. The parties jointly agreed to recommend Mr. Plascencia-Gomez be sentenced to unsupervised probation for eighteen months, with the following special conditions: (i) pay a $1,000 fine and a mandatory $10 penalty assessment; (2) attend and complete the Lower Court Counseling's DUI course and Victim Impact Panel; (3) complete an 8 hour online alcohol awareness course; (4) complete an approved boating safety course; (5) not return to Lake Mead for one year; (6) not violate any local, state, or federal laws for 6 months. *Id.*

4. On March 10, 2021, this Court sentenced Mr. Plascencia-Gomez pursuant to the plea agreement. ECF No. 8.

5. Mr. Plascencia-Gomez has completed all special conditions of probation. His period of unsupervised probation ended on September 10, 2022. The parties therefore stipulate that this case should now be closed.

DATED: October 27, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/Angelica Marmorstein*<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO PLASCENCIA-GOMEZ,<br><br>Defendant. | Case No. 2:20-mj-01022-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that this case be closed.

DATED this 28th day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3